# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00472-CV

**R. F., Appellant**

**v.**

**The Department of Family and Protective Services, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-11-004062, THE HONORABLE LORA J. LIVINGSTON,
### JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on July 22, 2013. To date, the reporter's record has not been filed.

LaSonya Thomas is hereby ordered to file the reporter's record in this case on or before August 23, 2013. If the record is not filed by that date, Thomas may be required to show cause why she should not be held in contempt of court.

It is ordered on August 19, 2013.

Before Chief Justice Jones, Justices Pemberton and Field